# IN THE SUPREME COURT OF THE STATE OF NEVADA

DONALD MICHAEL SAVAGE,
Appellant,

vs.

BAIL BOND SPECIALIST; AND BYRON BERGERON,
Respondents.

No. 80215

FILED

FEB 18 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal. Second Judicial District Court, Washoe County; Barry L. Breslow, Judge.

Appellant states in the notice of appeal that he is challenging a "judgment/order entered on December 6, 2019," but no orders have been entered by the district court. Accordingly, this court lacks jurisdiction and ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Barry L. Breslow, District Judge
       Donald Michael Savage
       Byron A. Bergeron
       Washoe District Court Clerk

20-06466